NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

TIANJIN MAGNESIUM INTERNATIONAL CO., LTD.,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee,*

AND

US MAGNESIUM LLC,

*Defendant-Appellee.*

---

2012-1089

---

Appeal from the United States Court of International Trade in consolidated case no. 09-CV-0535, Judge Jane A. Restani.

---

## ON MOTION

---

## ORDER

Upon consideration of US Magnesium LLC's unopposed motion to add Ashley C. Parrish and Tzu-Huan Augustine Lo to the trial court's protective order,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB 1 4 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David A. Riggle, Esq.
     Stephen A. Jones, Esq.
     Renee A. Gerber, Esq.
s25

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 4 2012

JAN HORBALY
CLERK